LAWSON,* District Judge,
concurring in part and concurring in the judgment.
I concur in the majority’s decision to deny the petition. However, for the reasons set forth in my opinion concurring in part and concurring in the judgment in Zetino v. Holder, 596 F.3d 517 (9th Cir. *782 2010), I disagree with the conclusion that we have no jurisdiction to review the Board of Immigration Appeals’ (BIA) denial of the petitioner’s motion to accept an untimely brief. I would find, however, that the BIA did not abuse its discretion in refusing the petitioner’s late brief in this case.

 The Honorable David M. Lawson, United States District Judge for the Eastern District of Michigan, sitting by designation.